IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br>          Petitioner,<br><br>          v.<br><br>CENTRAL FREIGHT LINES, INC.,<br>          Respondent. | CIVIL ACTION<br><br><br><br>NO. 12-3965 |

**O R D E R**

**AND NOW**, this 4th day of November, 2014, following a telephone conference with the parties, through counsel, on said date, regarding a claimed breach of the Settlement Agreement in this case, **IT IS ORDERED** as follows:

1. Counsel and duly authorized representatives of the parties shall meet and confer in an effort to resolve the pending dispute on or before December 5, 2014;

2. The parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613), regarding a resolution of the dispute within ten (10) days following the last meet and confer session but in no event later than December 17, 2014; and

3. In the event the dispute is not resolved in the meet and confer session(s) counsel shall include in their joint report a proposed schedule(s) for further proceedings.

**IT IS FURTHER ORDERED** that, upon receipt of the aforesaid joint report of the parties, the Court will conduct a second telephone conference for the purpose of scheduling any necessary further proceedings.

BY THE COURT:

/s/ Jan E. DuBois
_____
DuBOIS, JAN E., J.